# INVOICE

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149630*** | 2/21/2014 | 82620 |
| **Job Date** | **Case No.** | |
| 2/12/2014 | 1:13-CV-00798-TWP-DKL | |
| **Case Name** | | |
| Richard N. Bell v. Cameron Taylor, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

1 CERTIFIED COPY OF TRANSCRIPT OF:
Cameron D. Taylor — 381.85

**TOTAL DUE >>> $381.85**

We will be sending the transcript COD. Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript. If you have any questions, please do not hesitate in giving us a call. Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

Job No. : 82620 BU ID : SRA
Case No. : 1:13-CV-00798-TWP-DKL
Case Name : Richard N. Bell v. Cameron Taylor, et al.

Invoice No. : 149630*** Invoice Date : 2/21/2014
**Total Due : $381.85**

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: ____________
Card Number: ____________
Exp. Date: ____________ Phone#: ____________
Billing Address: ____________
Zip: ____________ Card Security Code: ____________
Amount to Charge: ____________
Cardholder's Signature:

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149628*** | 2/21/2014 | 82618 |
| **Job Date** | **Case No.** | |
| 2/11/2014 | 1:13-CV-00798-TWP-DKL | |
| **Case Name** | | |
| Richard N. Bell v. Cameron Taylor, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

1 CERTIFIED COPY OF TRANSCRIPT OF:

Shanna Cheatham 371.70

**TOTAL DUE >>> $371.70**

We will be sending the transcript COD. Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript. If you have any questions, please do not hesitate in giving us a call. Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

Job No. : 82618 BU ID : SRA
Case No. : 1:13-CV-00798-TWP-DKL
Case Name : Richard N. Bell v. Cameron Taylor, et al.

Invoice No. : 149628*** Invoice Date : 2/21/2014
**Total Due : $371.70**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150178*** | 3/18/2014 | 84157 |
| **Job Date** | **Case No.** | |
| 3/10/2014 | 1:13-CV-00798-TWP-DKL | |
| **Case Name** | | |
| Richard N. Bell v. Cameron Taylor, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

1 CERTIFIED COPY OF TRANSCRIPT OF:

Fred O'Brien 333.40

**TOTAL DUE >>> $333.40**

We will be sending the transcript COD. Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript. If you have any questions, please do not hesitate in giving us a call. Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Job No. : 84157 BU ID : SRA
Case No. : 1:13-CV-00798-TWP-DKL
Case Name : Richard N. Bell v. Cameron Taylor, et al.

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

Invoice No. : 150178*** Invoice Date : 3/18/2014
**Total Due : $333.40**

**PAYMENT WITH CREDIT CARD**

AMEX MasterCard VISA

Cardholder's Name: ____
Card Number: ____
Exp. Date: ____ Phone#: ____
Billing Address: ____
Zip: ____ Card Security Code: ____
Amount to Charge: ____
Cardholder's Signature:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

StewartRichardson

DEPOSITION SERVICES

800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152566*** | 3/27/2014 | 83897 |
| **Job Date** | **Case No.** | |
| 3/7/2014 | 1:13-CV-00798-TWP-DKL | |
| **Case Name** | | |
| Richard N. Bell v. Cameron Taylor, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

1 CERTIFIED COPY OF TRANSCRIPT OF:

Jessica Wilch, Volume I — 221.65

**TOTAL DUE >>>** **$221.65**

We will be sending the transcript COD. Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript. If you have any questions, please do not hesitate in giving us a call. Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

Job No. : 83897 BU ID : SRA
Case No. : 1:13-CV-00798-TWP-DKL
Case Name : Richard N. Bell v. Cameron Taylor, et al.

Invoice No. : 152566*** Invoice Date : 3/27/2014
**Total Due : $221.65**

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name: ____________
Card Number: ____________
Exp. Date: ____________ Phone#: ____________
Billing Address: ____________
Zip: ____________ Card Security Code: ____________
Amount to Charge: ____________
Cardholder's Signature:

# StewartRichardson

DEPOSITION SERVICES

800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152576*** | 3/27/2014 | 84316 |
| **Job Date** | **Case No.** | |
| 3/14/2014 | 1:13-CV-00798-TWP-DKL | |
| **Case Name** | | |
| Richard N. Bell v. Cameron Taylor, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

1 CERTIFIED COPY OF TRANSCRIPT OF:

Jessica Wilch, Volume II — 430.85

**TOTAL DUE >>> $430.85**

We will be sending the transcript COD. Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript. If you have any questions, please do not hesitate in giving us a call. Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN 46032

Job No. : 84316 BU ID : SRA
Case No. : 1:13-CV-00798-TWP-DKL
Case Name : Richard N. Bell v. Cameron Taylor, et al.

Invoice No. : 152576*** Invoice Date : 3/27/2014
**Total Due : $430.85**

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

**PAYMENT WITH CREDIT CARD**

AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

2-2566/710

5742

JOHN W NELSON
PO BOX 143
CARMEL, IN 46082-0143

DATE 3-25-14

PAY TO THE ORDER OF Stewart Richardson $ 715.25

seven hundred fifteen & 25/100 DOLLARS

BMO Harris Bank
BMO Harris Bank N.A.
Chicago, Illinois

MEMO Taylor & O'Brien transcripts

⑆071025661⑆ 05742

150178
149630

20140325301450277944 05 1517

Regions Bank >062000019<

Regions Bank >062000019<

ENDORSE HERE

PAY TO THE ORDER OF
REGIONS BANK
FOR DEPOSIT ONLY
STEWART RICHARDSON
& ASSOCIATES
0127307751

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features. Results of document alteration.
Microprint Line • Small type in line appears as dotted line when photocopied
Chemically Sensitive Paper • Stains or spots may appear with chemical alteration
Security Screen • Absence of "Original Document" verbiage on back of check

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

| Media | M-- |
|---|---|
| Posting Date | 20140326 |
| CPCS Seq # | [illegible] |
| Account # | |
| Amount | 71525 |
| Ck/Serial # | 5742 |
| Dep CPCS Seq # | 12 |
| Dep Account | 0 |
| R/T Routing Transit | 07102566 |
| Bank # | 29 |
| TranCode | 0 |
| Exception | 0 |

JOHN W NELSON
PO BOX 143
CARMEL, IN 46082-0143

2-2566/710

5744

DATE 4-2-14

PAY TO THE ORDER OF Stewart Richardson $ 1,024.20

One thousand twenty four + 20/100 DOLLARS

Security Features Included. Details on Back.

BMO Harris Bank
BMO Harris Bank N.A.
Chicago, Illinois

MEMO 152576, 566, 149628

John W. Nelson MP

⑆071025661⑆ 5744

SAFETY PAPER © DELUXE deluxe.com/checks

20140402301450359099 06 1512

Regions Bank >062000019<

The security [illegible] not listed exceed industry guidelines

Security Features [illegible] Results of document alteration

[illegible]

Security Screen [illegible]

[illegible] back of check

Padlock design is a certification mark of the Check Payment Systems [illegible]

FEDERAL [illegible] BOARD OF GOVERNORS REG. CC

Regions Bank >062000019<

ENDORSE HERE
PAY TO THE ORDER OF
REGIONS BANK
FOR DEPOSIT ONLY
STEWART RICHARDSON
& ASSOCIATES
0127307751

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

| Media | M-- |
|---|---|
| Posting Date | 20140403 |
| CPCS Seq # | [illegible] |
| Account # | |
| Amount | 102420 |
| Ck/Serial # | 5744 |
| Dep CPCS Seq # | 12 |
| Dep Account | 0 |
| R/T Routing Transit | 07102566 |
| Bank # | 29 |
| TranCode | 0 |
| Exception | 0 |



# Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

**No. 1-MTSML2**

**Date: 4/22/2014 5:08:54 PM**

**Received**

**Form(s):**
Deposit Count:
Piece Count:
Type of Deposit:
Other Enclosures:
Title: **Landscape photographs of indianapolis...**
# of Additional Titles:
**Priority:**
# Of Documents:

- [ ] Search Report
- [ ] Search
- [x] Retrieval
- [ ] Correspondence
- [ ] Inspection
- [x] Photocopies
- [ ] Additional Certificate
- [x] Certification
- [ ] Secure Test Exam

Other:

**Received From:** **John W. Nelson, Esq.**
**342 Hunters Lane**
**Apt. B**
**Carmel, IN 46032**
**United States**

Phone: **(317) 437-4607**

**Representing:** **Law Office of John Nelson**

Phone:

**Corresponding Id:**

| **Fees** | | **Method of Payment** | | **Amount** | |
|---|---|---|---|---|---|
| No Fee: | ☐ | Check: | | | |
| Fee to be Determined: | ☐ | Money Order: | | | |
| Base Fee: | **$277.50** | Deposit Account: | | | |
| Special Handling Fee: | **$** | Deposit Account Name: | | | |
| Secure Test Exam Fee: | **$** | | | | |
| **Total Due:** | **$277.50** | | | | |
| | | **Credit Card** | **Auth #: 043642** | **$277.50** | **Mastercard** |
| | | | **Total Payment:** | **$277.50** | |

**Notes**

VA 1-785-115

**Received By:** **DESC**

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt acknowledges delivery of the material to the Copyright Office on the date indicated. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt will be provided. If you are submitting multiple claims, only one title will appear on the receipt.

**Subject:** RE: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

**From:** compliancemgr (compliancemgr@godaddy.com)

**To:** jwnelso1@yahoo.com;

**Date:** Thursday, May 29, 2014 10:48 AM

John,

We received it yesterday afternoon and will be overnighting the documents to you today for delivery tomorrow by the end of the day.

Best Regards,

C. Heffelfinger

Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Thursday, May 29, 2014 4:53 AM
**To:** compliancemgr
**Subject:** Re: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

FYI, you should have received my payment earlier this week. Have documents shipped yet? Please advise. Thanks.

John Nelson

On Thursday, May 22, 2014 3:49 PM, compliancemgr <compliancemgr@godaddy.com> wrote:

Thank you for your email. We can accept money orders, and will ship the documents via Federal Express overnight service once we receive payment.

Regards,

A. Maddux
Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Wednesday, May 21, 2014 5:44 PM
**To:** compliancemgr
**Subject:** Re: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

OK. Just a couple other questions.
1. Do you accept money orders?
2. Do you generally ship upon receipt of payment? This request is rather time urgent.
Thanks.
On Friday, May 16, 2014 5:09 PM, compliancemgr <compliancemgr@godaddy.com> wrote:

Thank you for your email. We cannot accept payment via debit card. Please send us a check to the address previously provided. Once the check has cleared, we will send the documents.

Thank you,

A. Maddux
Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Friday, May 16, 2014 10:26 AM
**To:** compliancemgr
**Subject:** Re: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

A couple of questions, do you have a number to call where I can pay by debit card? If yes, once I make payment, how soon are documents mailed? Thanks.
John

On Thursday, May 15, 2014 1:17 PM, compliancemgr <compliancemgr@godaddy.com> wrote:

Thank you. The total charge is below, broken down.

| | |
|---|---|
| Copying, printing and reproduction | |
| 310 Pages x $.25 per Page | $77.50 |
| FedEx | $5.20 |
| TOTAL | $82.70 |

Please mail your check to us at:

Compliance Department
GoDaddy.com, LLC
14455 North Hayden Rd., Suite 219
Scottsdale, AZ
85260

Best Regards,

C. Heffelfinger
Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Thursday, May 15, 2014 9:36 AM
**To:** compliancemgr
**Subject:** Re: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

Thanks for your response. My physical mailing address is:

John W. Nelson
342 Hunters Lane, Apt. B
Carmel, Indiana 46032

On Thursday, May 15, 2014 12:26 PM, compliancemgr <compliancemgr@godaddy.com> wrote:
Thank you for your inquiry. Please provide us with the physical mailing address as we use Federal Express and they don't ship to Post Office boxes. Once we receive the address we will calculate the duplication and shipping charges and will provide you with the total. Once we receive your check and it has cleared we will forward a copy of the documents to you.

Thank you,

C. Heffelfinger
Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Thursday, May 15, 2014 8:03 AM
**To:** compliancemgr
**Subject:** Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

RE: Cameron Taylor

To Whom It May Concern:
Please advise as to the status of the subpoena issued to Go Daddy on 04/02/14 relating to the above referenced case. It is my understanding that documents in this matter may have already been forwarded by GD to the Plaintiff. However, I am requesting same on behalf of my client (and GoDaddy customer), Cameron Taylor. Let me ASAP know when such documents shall be forthcoming. Thank you.
Sincerely,
John Nelson, Esquire
P.O. Box 143
Carmel, IN 46082
Phone: (317) 437-4607