# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149630*** | 2/21/2014 | 82620 |

| Job Date | Case No. | |
|---|---|---|
| 2/12/2014 | 1:13-CV-00798-TWP-DKL | |

| Case Name | | |
|---|---|---|
| Richard N. Bell v. Cameron Taylor, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

## StewartRichardson
### DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Cameron D. Taylor                         381.85

**TOTAL DUE  >>>**       **$381.85**

We will be sending the transcript COD.  Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript.  If you have any questions, please do not hesitate in giving us a call.  Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

| | | | |
|---|---|---|---|
| Job No. | : 82620 | BU ID | : SRA |
| Case No. | : 1:13-CV-00798-TWP-DKL | | |
| Case Name | : Richard N. Bell v. Cameron Taylor, et al. | | |
| Invoice No. | : 149630*** | Invoice Date | : 2/21/2014 |
| **Total Due** | : **$381.85** | | |

Remit To:   **Stewart Richardson Deposition Services**
              **One Indiana Square, Suite 2425**
              **211 N. Pennsylvania**
              **Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# StewartRichardson
## DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149628*** | 2/21/2014 | 82618 |

| Job Date | Case No. | |
|---|---|---|
| 2/11/2014 | 1:13-CV-00798-TWP-DKL | |

| Case Name | |
|---|---|
| Richard N. Bell v. Cameron Taylor, et al. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

1 CERTIFIED COPY OF TRANSCRIPT OF:

Shanna Cheatham                                                                        371.70

**TOTAL DUE  >>>**                                      **$371.70**

We will be sending the transcript COD.  Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript.  If you have any questions, please do not hesitate in giving us a call.  Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

| | | | |
|---|---|---|---|
| Job No. | : 82618 | BU ID | : SRA |
| Case No. | : 1:13-CV-00798-TWP-DKL | | |
| Case Name | : Richard N. Bell v. Cameron Taylor, et al. | | |
| Invoice No. | : 149628*** | Invoice Date | : 2/21/2014 |
| **Total Due** | : **$371.70** | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Stewart Richardson Deposition Services**
            **One Indiana Square, Suite 2425**
            **211 N. Pennsylvania**
            **Indianapolis IN  46204**

# INVOICE

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150178*** | 3/18/2014 | 84157 |

| Job Date | Case No. |
|---|---|
| 3/10/2014 | 1:13-CV-00798-TWP-DKL |

| Case Name | |
|---|---|
| Richard N. Bell v. Cameron Taylor, et al. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Fred O'Brien                                                     333.40

**TOTAL DUE  >>>**       **$333.40**

We will be sending the transcript COD.  Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript.  If you have any questions, please do not hesitate in giving us a call.  Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

| | | | | |
|---|---|---|---|---|
| Job No. | : 84157 | | BU ID | : SRA |
| Case No. | : 1:13-CV-00798-TWP-DKL | | | |
| Case Name | : Richard N. Bell v. Cameron Taylor, et al. | | | |
| Invoice No. | : 150178*** | | Invoice Date | : 3/18/2014 |
| **Total Due** | : **$333.40** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **Stewart Richardson Deposition Services**
              **One Indiana Square, Suite 2425**
              **211 N. Pennsylvania**
              **Indianapolis IN  46204**

# INVOICE

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152566*** | 3/27/2014 | 83897 |
| **Job Date** | **Case No.** | |
| 3/7/2014 | 1:13-CV-00798-TWP-DKL | |
| **Case Name** | | |
| Richard N. Bell v. Cameron Taylor, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Jessica Wilch, Volume I                                                    221.65

**TOTAL DUE  >>>**         **$221.65**

We will be sending the transcript COD.  Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript.  If you have any questions, please do not hesitate in giving us a call.  Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

| | | | |
|---|---|---|---|
| Job No. | : 83897 | BU ID | : SRA |
| Case No. | : 1:13-CV-00798-TWP-DKL | | |
| Case Name | : Richard N. Bell v. Cameron Taylor, et al. | | |
| | | | |
| Invoice No. | : 152566*** | Invoice Date | : 3/27/2014 |
| **Total Due** | : **$221.65** | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Stewart Richardson Deposition Services**
               **One Indiana Square, Suite 2425**
               **211 N. Pennsylvania**
               **Indianapolis IN  46204**

# INVOICE

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152576*** | 3/27/2014 | 84316 |
| **Job Date** | **Case No.** | |
| 3/14/2014 | 1:13-CV-00798-TWP-DKL | |
| **Case Name** | | |
| Richard N. Bell v. Cameron Taylor, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Jessica Wilch, Volume II                                                                                                    430.85

                                           **TOTAL DUE >>>**               **$430.85**

We will be sending the transcript COD.  Please call me at 800.869.0873 to pay by credit card, complete the attached credit card portion and return to our office or remit a check to our office, then we'll send the transcript.  If you have any questions, please do not hesitate in giving us a call.  Thank you for your cooperation in this matter.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John W. Nelson
LAW OFFICE OF JOHN W. NELSON
342 Hunters Lane
Apartment B
Carmel IN  46032

| | | | | |
|---|---|---|---|---|
| Job No. | : 84316 | BU ID | : SRA | |
| Case No. | : 1:13-CV-00798-TWP-DKL | | | |
| Case Name | : Richard N. Bell v. Cameron Taylor, et al. | | | |
| | | | | |
| Invoice No. | : 152576*** | Invoice Date | : 3/27/2014 | |
| **Total Due** | : **$430.85** | | | |

**PAYMENT WITH CREDIT CARD**                          AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Stewart Richardson Deposition Services**
               **One Indiana Square, Suite 2425**
               **211 N. Pennsylvania**
               **Indianapolis IN  46204**

**JOHN W NELSON**
PO BOX 143
CARMEL, IN 46082-0143

2-2566/710

5742

DATE 3-25-14

PAY TO THE
ORDER OF _Stewart Richardson_ $ 715.25

_~~~ hundred fifteen + 25/100_ DOLLARS

**BMO** **Harris Bank**
BMO Harris Bank N.A.
Chicago, Illinois

MEMO _Taylor + O'Brien transcripts_ _John W Nelson_

⑆071025661⑆ 05742

156178
149630

20140325301450277944 05 1517

Regions Bank >062000019<

Regions Bank >062000019<

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
PAY TO THE ORDER OF
REGIONS BANK
FOR REGIONS BANK
FOR DEPOSIT ONLY
STEWART RICHARDSON
& ASSOCIATES
0127307751

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

| Media | M-- |
|---|---|
| Posting Date | 20140326 |
| CPCS Seq # | |
| Account # | |
| Amount | 71525 |
| Ck/Serial # | 5742 |
| Dep CPCS Seq # | 12 |
| Dep Account | 0 |
| R/T Routing Transit | 07102566 |
| Bank # | 29 |
| TranCode | 0 |
| Exception | 0 |

**JOHN W NELSON**
PO BOX 143
CARMEL, IN 46082-0143

2-2566/710

5744

DATE 4-2-14

PAY TO THE ORDER OF _Stewart Richardson_ $ 1,024.20

_One Thousand twenty four + 20/100_ DOLLARS

**BMO Harris Bank**
BMO Harris Bank N.A.
Chicago, Illinois

MEMO 152576, -566, 149628

John W. Nelson

⑈071025661⑈ 5744

2014040230145035909906 1512

Regions Bank >062000019<

Regions Bank >062000019<

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

ENDORSE HERE
PAY TO THE ORDER OF
REGIONS BANK
FOR DEPOSIT ONLY
STEWART RICHARDSON
& ASSOCIATES
0127307751

| Media | M-- |
| --- | --- |
| Posting Date | 20140403 |
| CPCS Seq # | 2600000650 |
| Account # | |
| Amount | 102420 |
| Ck/Serial # | 5744 |
| Dep CPCS Seq # | 12 |
| Dep Account | 0 |
| R/T Routing Transit | 07102566 |
| Bank # | 29 |
| TranCode | 0 |
| Exception | 0 |



# Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

**No.  1-MTSML2**

**Date: 4/22/2014 5:08:54 PM**

## Received

| Form(s): | | ☐ Search Report |
|---|---|---|
| Deposit Count: | | ☐ Search |
| Piece Count: | | ☒ Retrieval |
| Type of Deposit: | | ☐ Correspondence |
| Other Enclosures: | | ☐ Inspection |
| Title: | **Landscape photographs of indianapolis...** | ☒ Photocopies |
| # of Additional Titles: | | ☐ Additional Certificate |
| Priority: | | ☒ Certification |
| # Of Documents: | | ☐ Secure Test Exam |
| | | Other: |

**Received From:** John W. Nelson, Esq.            Phone: **(317) 437-4607**
342 Hunters Lane
Apt. B
Carmel, IN 46032
United States

**Representing:** Law Office of John Nelson            Phone:

## Corresponding Id:

| Fees | | Method of Payment | | Amount |
|---|---|---|---|---|
| No Fee: | ☐ | Check: | | |
| Fee to be Determined: | ☐ | Money Order: | | |
| Base Fee: | **$277.50** | Deposit Account: | | |
| Special Handling Fee: | $ | Deposit Account Name: | | |
| Secure Test Exam Fee: | $ | | | |
| Total Due: | **$277.50** | | | |

| | Credit Card | Auth #: 043642 | $277.50 | Mastercard |
|---|---|---|---|---|
| | | **Total Payment:** | **$277.50** | |

## Notes

VA 1-785-115

**Received By:  DESC**

Receipt of material is merely a preliminary step in the registration and/or recordation process.  It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures.  We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations.  However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt acknowledges delivery of the material to the Copyright Office on the date indicated. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt will be provided.  If you are submitting multiple claims, only one title will appear on the receipt.

**Subject:** RE: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

**From:** compliancemgr (compliancemgr@godaddy.com)

**To:** jwnelso1@yahoo.com;

**Date:** Thursday, May 29, 2014 10:48 AM

John,

We received it yesterday afternoon and will be overnighting the documents to you today for delivery tomorrow by the end of the day.

Best Regards,

C. Heffelfinger

Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Thursday, May 29, 2014 4:53 AM
**To:** compliancemgr
**Subject:** Re: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

FYI, you should have received my payment earlier this week. Have documents shipped yet? Please advise. Thanks.

John Nelson

On Thursday, May 22, 2014 3:49 PM, compliancemgr <compliancemgr@godaddy.com> wrote:

Thank you for your email. We can accept money orders, and will ship the documents via Federal Express overnight service once we receive payment.

Regards,

A. Maddux
Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Wednesday, May 21, 2014 5:44 PM
**To:** compliancemgr
**Subject:** Re: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

OK.  Just a couple other questions.
1.  Do you accept money orders?
2.  Do you generally ship upon receipt of payment?  This request is rather time urgent.
Thanks.
On Friday, May 16, 2014 5:09 PM, compliancemgr <compliancemgr@godaddy.com> wrote:


Thank you for your email.  We cannot accept payment via debit card.  Please send us a check to the address previously provided.  Once the check has cleared, we will send the documents.

Thank you,

A. Maddux
Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Friday, May 16, 2014 10:26 AM
**To:** compliancemgr
**Subject:** Re: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

A couple of questions, do you have a number to call where I can pay by debit card?  If yes, once I make payment, how soon are documents mailed?  Thanks.
John

On Thursday, May 15, 2014 1:17 PM, compliancemgr <compliancemgr@godaddy.com> wrote:


Thank you.  The total charge is below, broken down.

|  | Copying, printing and reproduction | |
| --- | --- | --- |
|  | 310 Pages x $.25 per Page | $77.50 |
| FedEx | | $5.20 |
| TOTAL | | $82.70 |

Please mail your check to us at:

Compliance Department
GoDaddy.com, LLC
14455 North Hayden Rd., Suite 219
Scottsdale, AZ
85260


Best Regards,

C. Heffelfinger
Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Thursday, May 15, 2014 9:36 AM
**To:** compliancemgr
**Subject:** Re: Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

Thanks for your response.  My physical mailing address is:

John W. Nelson
342 Hunters Lane, Apt. B
Carmel, Indiana 46032

On Thursday, May 15, 2014 12:26 PM, compliancemgr <compliancemgr@godaddy.com> wrote:
Thank you for your inquiry.  Please provide us with the physical mailing address as we use Federal Express
and they don't ship to Post Office boxes.  Once we receive the address we will calculate the duplication and
shipping charges and will provide you with the total.  Once we receive your check and it has cleared we will
forward a copy of the documents to you.

Thank you,

C. Heffelfinger
Compliance Specialist

**From:** John Nelson [mailto:jwnelso1@yahoo.com]
**Sent:** Thursday, May 15, 2014 8:03 AM
**To:** compliancemgr
**Subject:** Subpoena compliance Bell v Taylor; Case No. 1:13-cv-798

RE:  Cameron Taylor

To Whom It May Concern:
Please advise as to the status of the subpoena issued to Go Daddy on 04/02/14 relating to the above
referenced case.  It is my understanding that documents in this matter may have already been
forwarded by GD to the Plaintiff.  However, I am requesting same on behalf of my client (and
GoDaddy customer), Cameron Taylor.  Let me ASAP know when such documents shall be
forthcoming.  Thank you.
Sincerely,
John Nelson, Esquire
P.O. Box 143
Carmel, IN 46082
Phone: (317) 437-4607